**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 378 WAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
ISHEMER DWAYNE RAMSEY, :
:
Petitioner :

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.